IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JULIA MAE TANNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:15-CV-280 (MTT) |
| MONROE COUNTY BOARD OF EDUCATION, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Plaintiff Julia Mae Tanner, proceeding pro se, filed this action against the Monroe County Board of Education alleging Title VII employment discrimination. (Doc. 1). On August 4, 2015, this Court ordered the Plaintiff to amend her complaint within 30 days with instructions that she "should explain the specific instances of discrimination she alleges occurred. She must also specify if she is pursuing a separate claim based on her hip injury or a disability and explain the particular facts relating to a claim. … [T]he Plaintiff is … cautioned that failure to comply with this order will result in dismissal of her complaint." (Doc. 4 at 2). The Plaintiff has refused to provide further details about her claim as instructed. (Doc. 5). Instead, the Plaintiff submitted a two-sentence letter to the Court with vague references to "severe racial discrimination" and "recent firings [of] Black employees." (Doc. 5). Neither was mentioned in her original complaint, and the Plaintiff has not provided any facts about these claims.[1] Because the Plaintiff has not amended her complaint as instructed, her complaint is **DISMISSED without prejudice**.

---

[1] The Plaintiff has not provided a right to sue letter. Instead, she has provided a letter indicating that she has one. Should she decide to refile, she should attach the right to sue letter. This complaint is not being dismissed for failure to exhaust.

**SO ORDERED**, this 17th day of September, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
